Andrew D. Skale (211096) (askale@mintz.com)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
5355 Mira Sorrento Place, Suite 600
San Diego, California 92121
Telephone: (858) 320-3000
Facsimile: (858) 320-3001

Harvey Saferstein, Esq. (49750) (hsaferstein@mintz.com)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
1620 – 26th Street, Suite 150 South
Santa Monica, California 90404
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Plaintiff
NEW NAME, INC.

IRELL & MANELLA LLP
Steven A. Marenberg (101033) (smarenberg@irell.com)
Robert N. Klieger (192962) (rklieger@irell.com)
W. Joss Nichols (244524) (jnichols@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**DENIED**
BY ORDER OF THE COURT

Attorneys for Defendants
THE WALT DISNEY COMPANY
and DISNEY ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEW NAME, INC., | Case No. CV 07-5034 PA (RZx) |
| Plaintiff, | **[PROPOSED] ORDER ON JOINT STIPULATION AND PROPOSED PROTECTIVE ORDER** |
| v. | Hon. Percy Anderson |
| THE WALT DISNEY COMPANY and DISNEY ENTERPRISES, INC. | Disc. Cutoff: July 7, 2008<br>Pretrial Conf.: August 15, 2008<br>Trial: September 16, 2008 |
| Defendants. | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER ON JOINT STIPULATION AND
PROPOSED PROTECTIVE ORDER

1813975

1  ~~Having considered Plaintiff New Name, Inc.'s and Defendants The Walt~~
2  ~~Disney Company's and Disney Enterprises, Inc.'s Joint Stipulation and Proposed~~
3  ~~Protective Order dated January 29, 2008 (the "Proposed Protective Order"), and~~
4  ~~having found good cause, the Court hereby enters the Proposed Protective Order as~~
5  ~~an order of this Court.~~

6  ~~IT IS SO ORDERED~~.

NOTE: CHANGES MADE BY THE COURT

8  The stipulation leading to the proposed order does not show good cause as
9  required by Fed. R. Civ. P. 26(c).  The purported showing is redundant: counsel say
10 that material which is confidential consists of material which is confidential, or
11 material they later discover which should be confidential, or material which would
12 be trade secrets.  But they do not identify any such material, and thus give no basis
13 for a court to determine that they have shown cause for entry of a protective order.
14 Therefore, the Court denies the proposed protective order.

18 Dated:  February 01, 2008                    _____
                                                Ralph Zarefsky
                                                United States Magistrate Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1813975

[PROPOSED] ORDER ON JOINT STIPULATION AND
PROPOSED PROTECTIVE ORDER

- 1 -