1 | Andrew D. Skale (211096) (askale@mintz.com)
MINTZ, LEVIN, COHN, FERRIS,
2 | GLOVSKY AND POPEO, P.C.
5355 Mira Sorrento Place, Suite 600
3 | San Diego, California 92121
Telephone: (858) 320-3000
4 | Facsimile: (858) 320-3001

5 | Harvey Saferstein, Esq. (49750) (hsaferstein@mintz.com)
MINTZ, LEVIN, COHN, FERRIS,
6 | GLOVSKY AND POPEO, P.C.
1620 – 26th Street, Suite 150 South
7 | Santa Monica, California 90404
Telephone: (310) 586-3200
8 | Facsimile: (310) 586-3202

9 | Attorneys for Plaintiff
NEW NAME, INC.
10

IRELL & MANELLA LLP
11 | Steven A. Marenberg (101033) (smarenberg@irell.com)
Robert N. Klieger (192962) (rklieger@irell.com)
12 | W. Joss Nichols (244524) (jnichols@irell.com)
1800 Avenue of the Stars, Suite 900
13 | Los Angeles, California 90067-4276
Telephone: (310) 277-1010
14 | Facsimile: (310) 203-7199

15 | Attorneys for Defendants
THE WALT DISNEY COMPANY
16 | and DISNEY ENTERPRISES, INC.

*NOTE: CHANGES MADE BY THE COURT*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEW NAME, INC., | Case No. CV 07-5034 PA (RZx) |
| Plaintiff, | **ORDER ON REVISED JOINT STIPULATION AND PROPOSED PROTECTIVE ORDER** |
| v. | Disc. Cutoff: July 7, 2008<br>Pretrial Conf.: August 15, 2008<br>Trial: September 16, 2008 |
| THE WALT DISNEY COMPANY and DISNEY ENTERPRISES, INC. | |
| Defendants. | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER ON JOINT STIPULATION AND
PROPOSED PROTECTIVE ORDER

1813975

1  Having considered Plaintiff New Name, Inc.'s and Defendants The Walt
2  Disney Company's and Disney Enterprises, Inc.'s Revised Joint Stipulation and
3  Proposed Protective Order dated February 5, 2008 (the "Proposed Protective
4  Order"), and having found good cause, the Court hereby enters the Proposed
5  Protective Order as an order of this Court, with the following revisions:

6  1) This order shall govern pretrial proceedings, but shall not govern materials submitted in connection with dispositive motions or at trial. If a party desires protection for materials submitted in connection with either dispositive motions or at trial, the party shall apply separately for such protection, and such application must be made to the judicial officer who will preside.

12  2) The provision in Paragraph 29 of the Stipulation that the Court may modify, waive or terminate the protective order only for good cause shown is not approved.

15  .

16  IT IS SO ORDERED.

19  Dated: February 14, 2008            _____
                                        Hon. Ralph Zarefsky
                                        United States Magistrate Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1813975

[PROPOSED] ORDER ON JOINT STIPULATION AND
PROPOSED PROTECTIVE ORDER

- 1 -